UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| MONTE ELLIOTT SMITH, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )    Civil No. 09-422-P-S |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| Of Social Security, | ) |
| | ) |
|     Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on June 23, 2010, his Recommended Decision (Docket No. 14). Defendant filed its Objection to the Recommended Decision (Docket No. 15) on July 8, 2010. Plaintiff filed his Response to Defendant's Objection to the Recommended Decision (Docket No. 16) on July 22, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Commissioner's Decision is **VACATED**, and the case remanded for further proceedings.

/s/George Z. Singal_____
U.S. District Judge

Dated: August 4, 2010